UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　Plaintiff,<br>　　　v.<br><br>NOMURA INTERNATIONAL PLC,<br>　　　　　　　Defendant. | Adv. Pro. No. 11-02759 (CGM) |

**ORDER DENYING NOMURA INTERNATIONAL PLC'S MOTION TO
DISMISS THE AMENDED COMPLAINT**

　　Defendant Nomura International plc ("Defendant") filed a motion to dismiss the Amended Complaint under Bankruptcy Rule 7012 and Federal Rule of Civil Procedure 12(b)(2) (the "Motion") on August 26, 2022. The parties stipulated to rest on their papers and waive oral argument on the Motion on January 27, 2023. The Court has considered the Motion, the papers

filed in support of and in opposition to the Motion, and the Amended Complaint. The Court issued a memorandum decision, dated April 26, 2023, regarding the Motion (the "Decision"). Based on the record in this adversary proceeding, including the Decision, **IT IS ORDERED**:

1. The Motion to Dismiss the Amended Complaint is denied.

2. The deadline for Defendant to file an answer to the Amended Complaint is June 19, 2023.

3. The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: May 3, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge